Charles Jay Davis, Jr., an Infant, by Charles Jay Davis, His Guardian ad Litem, Respondent, v. John F. Erdmann and Another, Defendants, Impleaded with J. Fielding Black, Appellant.— Order affirmed, with ten dollars costs and

disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur. Settle order on notice.